UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| TYLER HARNEY,<br><br>           Plaintiff,<br><br>     v.<br><br>PALO ALTO POLICE DEPARTMENT, et al.,<br><br>           Defendants. | Case No.  14-cv-03415-LHK<br><br>**CASE MANAGEMENT ORDER** |

An initial case management conference was held on December 17, 2014.  A further case management conference is set for March 18, 2015, at 2 p.m. The parties shall file a joint case management statement by March 11, 2015. *See* Civil L.R. 16-9.

The Court set the following case schedule:

DEADLINE TO FILE MOTION TO AMEND OR ADD PARTIES: March 6, 2015

FACT DISCOVERY CUTOFF: September 30, 2015

EXPERT DISCOVERY:
    Opening Reports: October 14, 2015
    Rebuttal Reports: October 28, 2015
    Close of Expert Discovery: November 4, 2015

DISPOSITIVE MOTIONS shall be filed by November 19, 2015, and set for hearing no later than December 17, 2015 at 1:30 p.m. Plaintiff is limited to one dispositive motion in the entire case. Defendants City of Palo Alto and Police Chief Burns are limited to one joint dispositive motion in the entire case. Defendants Santa Clara County and Sheriff Smith are

1

Case No.:14-cv-03415-LHK
CASE MANAGEMENT ORDER

limited to one joint dispositive motion in the entire case.

FINAL PRETRIAL CONFERENCE: February 25, 2016, at 1:30 p.m.

JURY/COURT TRIAL: March 7, 2016, at 9 a.m. Trial is expected to last 7 days.

**IT IS SO ORDERED**.

Dated: December 17, 2014

_____
LUCY H. KOH
United States District Judge

2

Case No.:14-cv-03415-LHK
CASE MANAGEMENT ORDER