UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TYLER HARNEY,<br><br>  Plaintiff,<br><br>  v.<br><br>PALO ALTO POLICE DEPARTMENT, et al.,<br><br>  Defendants. | Case No.:14-cv-03415-LHK<br><br>**ORDER RE CASE MANAGEMENT CONFERENCE** |

The Court CONTINUES the March 18, 2015 case management conference to June 24, 2015 at 2 p.m. The parties shall file a joint case management statement by June 17, 2015.

Any ripe discovery issues should be promptly presented to Magistrate Judge Lloyd, the assigned discovery judge in this case, after complying with Judge Lloyd's meet and confer requirements.

The City and individually named Defendants that are former or current City-employees are limited to a single joint dispositive motion in the entire case. The County and individually named Defendants that are former or current County-employees are limited to a single joint dispositive motion in the entire case. Plaintiff is limited to a single dispositive motion in the entire case.

1

Case No.: 14-cv-03415-LHK
ORDER

1  **IT IS SO ORDERED.**

2  Dated: March 16, 2015

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No.: 14-cv-03415-LHK
ORDER