1  **MOLLY STUMP**, SBN 177165
2  **FELICIA GROSS**, SBN 231909
   OFFICE OF THE CITY ATTORNEY
3  CITY OF PALO ALTO
   250 Hamilton Avenue
4  Palo Alto, CA 94301
   Telephone: (650) 329-2171
5  E-mail: felicia.gross@cityofpaloalto.org

6
   ATTORNEYS FOR DEFENDANTS
7  CITY OF PALO ALTO (sued erroneously as the
   CITY OF PALO ALTO POLICE DEPARTMENT)
8  and PALO ALTO POLICE CHIEF DENNIS
   BURNS (in his official capacity)
9

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| TYLER HARNEY, | **[PROPOSED] ORDER REGARDING SUBSTITUTION OF COUNSEL** |
| Plaintiff, | |
| v. | Case No. C14-03415 LHK HRL |
| CITY OF PALO ALTO POLICE DEPARTMENT, ET AL. | |
| | **JURY TRIAL DEMANDED** |
| Defendants. | |

Notice is hereby given that, subject to approval by the court, the City of Palo Alto, Palo Alto Police Department Chief Dennis Burns, and individually-named defendants (Afanasiev, DeStefano, Figueroa, Maloney and Pecoraro) hereby substitute attorney Jon Heaberlin, Esq., State Bar No. 199810, as counsel of record in place of Felicia Gross, Esq.

Contact information for new counsel is as follows:

[Proposed] Order Regarding Substitution of Counsel
Case No 14 CV 03415 LHK HRL

| | |
|---|---|
| 1 | Jon A. Heaberlin, Esq. |
| 2 | Rankin | Stock | Heaberlin |
|   | 96 North Third St., Suite 500 |
| 3 | San Jose, CA 95112 |
|   | (408) 293-0463 (phone) |
| 4 | (408) 293-9514 (fax) |
|   | jheaberlin@rllss.com |

    By the signatures below, the below-signed consent to the above-referenced substitution of counsel.

DATED: May __, 2015                              CITY OF PALO ALTO

                                                      BY: _____/s/_____
                                                      MOLLY STUMP, ESQ.
                                                      FELICIA GROSS, ESQ.
                                                      Former Attorneys for Defendants
                                                      City of Palo Alto
                                                      Palo Alto Police Chief Dennis Burns
                                                      (in his official capacity) and Individually-
                                                      Named Police Officers Afanasiev, DeStefano,
                                                      Figueroa, Maloney, and Pecoraro

                                                      BY: _____/s/_____
                                                      Jon A. Heaberlin, Esq.
                                                      Rankin | Stock | Heaberlin
                                                      96 North Third St., Suite 500
                                                      San Jose, CA 95112
                                                      (408) 293-0463 (phone)
                                                      (408) 293-9514 (fax)
                                                      jheaberlin@rllss.com

                                                      *New Attorneys for Defendants*
                                                      City of Palo Alto
                                                      Palo Alto Police Chief Dennis Burns
                                                      (in his official capacity) and Individually-
                                                      Named Police Officers Afanasiev, DeStefano,
                                                      Figueroa, Maloney, and Pecoraro

[Proposed] Order Regarding Substitution of Counsel
Case No 14 CV 03415 LHK HRL

**ORDER**

The substitution of attorney referenced above is approved and

IT IS SO ORDERED.

Dated: May 13, 2015

_Lucy H. Koh_
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on May __, 2015, the foregoing [PROPOSED] ORDER REGARDING SUBSTITUTION OF COUNSEL was filed electronically. Pursuant to Civil L.R. 5-5 and General Order No. 45, a Notice of Electronic Filing will be sent to the following parties by operation of the Court's electronic filing system:

>Mr. David Helbraun
>Helbraun Law Firm
>353 Sacramento Street
>Suite 1140
>San Francisco, CA 94111
>*Attorneys for Plaintiff Tyler Harney*
>
>Ms. Aryn Paige Harris
>Office of County Counsel, Santa Clara
>70 West Hedding Street, 9th Floor
>San Jose, CA 95112
>*Attorneys for Defendants Santa Clara County and*
>*Santa Clara County Sheriff Laurie Smith*

BY:  _____

MOLLY STUMP, ESQ.
FELICIA GROSS, ESQ.
Attorneys for Defendants
City of Palo Alto
Palo Alto Police Chief Dennis Burns
(in his official capacity)

[Proposed] Order Regarding Substitution of Counsel
Case No 14 CV 03415 LHK HRL