UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TYLER HARNEY,<br><br>              Plaintiff,<br><br>   v.<br><br>PALO ALTO POLICE DEPARTMENT, et al.,<br><br>             Defendants. | Case No.14-cv-03415-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorney: David Helbraun
Defendants' Attorney: Jon Heaberlin

     A case management conference was held on June 24, 2015. A further case management conference is set for September 16, 2015, at 2:00 p.m. The parties shall file their joint case management statement by September 9, 2015.

     The City Defendants shall produce the following:
- Test videos and manuals for the MAV units by June 25, 2015;
- Redacted video and/or audio files for Officer de Stefano's MAV unit and Sergeant Afanisiev's MAV unit by July 13, 2015;
- Any maintenance logs, maintenance request records, and testing or repair documentation for Officer de Stefano's MAV unit and Sergeant Afanisiev's MAV unit or an affidavit or verified supplemental discovery response stating that no such documents exist by July 13, 2015;
- Original digital source material related to the apparent malfunction of Officer de

1

Case No. 14-cv-03415-LHK
CASE MANAGEMENT ORDER

- Stefano's MAV unit and Sergeant Afanisiev's MAV unit by July 20, 2015;
- A verified interrogatory response regarding Defendants' understanding of the circumstances under which Officer de Stefano's MAV unit and Sergeant Afanisiev's MAV unit apparently malfunctioned by July 20, 2015;
- Verified discovery responses by July 15, 2015.

The Court referred the parties to Magistrate Judge Cousins for a settlement conference by November 13, 2015.

The Court amended the case schedule as follows:

FACT DISCOVERY CUTOFF: January 1, 2016

EXPERT DISCOVERY:
    Opening Reports: January 15, 2016
    Rebuttal Reports: January 29, 2016
    Close of Expert Discovery: February 19, 2016

DISPOSITIVE MOTIONS shall be filed by March 3, 2016, and set for hearing no later than April 14, 2016 at 1:30 p.m. The parties are limited to one dispositive motion per side in the entire case.

FINAL PRETRIAL CONFERENCE: June 30, 2016, at 1:30 p.m.

JURY TRIAL: July 11, 2016, at 9:00 a.m.  Trial is expected to last 7 days.

**IT IS SO ORDERED.**

Dated: June 24, 2015

_____
LUCY H. KOH
United States District Judge

2

Case No. 14-cv-03415-LHK
CASE MANAGEMENT ORDER