UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TYLER HARNEY,<br><br>        Plaintiff,<br><br>  v.<br><br>PALO ALTO POLICE DEPARTMENT, et al.,<br><br>        Defendants. | Case No. 14-CV-03415-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorney: David Helbraun
Defendants' Attorney: Jon Haeberlin

     A case management conference was held on December 16, 2015. A further case management conference is set for March 16, 2016 at 2:00 p.m. The parties shall file their joint case management statement by March 9, 2016.

     The parties shall submit the joint letter brief regarding the parties' discovery dispute to Judge Lloyd by December 18, 2015.

     By December 17, 2015, Defendants shall produce the complete original digital source material from Officer Thomas DeStefano's mobile audio video ("M.A.V.").

     By December 30, 2015, the parties' experts shall meet and confer to confirm that Plaintiff has received the original digital source material from Officer DeStefano's M.A.V.

     By January 15, 2016, the parties shall file a joint update on whether the complete original

1

Case No. 14-CV-03415-LHK
CASE MANAGEMENT ORDER


digital source material from Officer DeStefano's M.A.V. has been produced.

By February 5, 2016, the parties shall file a joint settlement status update.

The Court granted the parties request for a modification of the case schedule. The case schedule as modified is as follows:

| Scheduled Event | Date |
| --- | --- |
| Further Case Management Conference | March 16, 2016 at 2 p.m. |
| Fact discovery cutoff | February 1, 2016 |
| Opening expert reports | February 12, 2016 |
| Rebuttal expert reports | February 26, 2016 |
| Close of expert discovery | March 11, 2016 |
| Last day to file dispositive motions | Motions: March 25, 2016<br>Oppositions: April 8, 2016<br>Replies: April 14, 2016 |
| Hearing on dispositive motions | April 28, 2016 at 1:30 p.m. |
| Final Pretrial conference | June 30, 2016 at 1:30 p.m. |
| Jury Trial | July 11, 2016 |
| Length of Trial | 7 days |

Any further requests to modify the case schedule will be disfavored.

**IT IS SO ORDERED.**

Dated: December 16, 2015

_____
LUCY H. KOH
United States District Judge