UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TYLER HARNEY,<br><br>      Plaintiff,<br><br>v.<br><br>PALO ALTO POLICE DEPARTMENT, et. al.<br><br>      Defendants. | Case No.  5:14-CV-3415 LHK<br><br>**ORDER FOR XEROX RECOVERY SERVICES, INC. TO ATTEND MANDATORY SETTLEMENT CONFERENCE IN COURTROOM 7 ON JANUARY 26, 2016 AT 9:30 A.M.** |

WHEREAS on November 24, 2015 the parties herein were ordered to attend a mandatory settlement conference to be held on January 26, 2016 at 9:30 a.m. in Courtroom 7, 4th Floor, 280 S. First Street, San Jose, California, and

WHEREAS Xerox Recovery Services, Inc. has asserted to Plaintiff a right of reimbursement and Notice of Lien as the authorized subrogation/reimbursement agent for Horizon Blue Cross Blue Shield of New Jersey, a collateral source provider for medical expenses incurred by Plaintiff arising out of the matters alleged herein, and

WHEREAS the parties herein have jointly requested that the subrogation/reimbursement agent of the collateral source provider Horizon Blue Cross Blue Shield of New Jersey attend and be prepared to participate in the January 26, 2016 mandatory settlement conference,

NOW, THEREFORE, pursuant to California Government Code §985 and this Court's inherent powers, and good cause existing therefore in the interests of the furtherance of justice,

IT IS HEREBY ORDERED that Xerox Recovery Services, Inc., as subrogation and reimbursement agent for the collateral source provider Horizon Blue Cross Blue Shield of New Jersey, shall have a representative with unlimited authority to resolve the collateral provider's asserted subrogation/reimbursement/lien rights personally attend the January 26, 2016 mandatory settlement conference in this matter commencing at 9:30 a.m. in Courtroom 7, 4th Floor, 280 S. First Street, San Jose, California.

Plaintiff to serve a copy of this order to Xerox Recovery Services.

IT IS SO ORDERED.

Dated: December 23, 2015

_____
Nathanael M. Cousins
U.S. Magistrate Judge

