## ALPER & McCULLOCH
ATTORNEYS AT LAW

100 DRAKES LANDING ROAD, SUITE 160
GREENBRAE, CALIFORNIA 94904-3120

www.alpermcculloch.com

Tel (415) 785-8814
Fax (415) 785-8831

Dean A. Alper, Esq.
daa@alpermcculloch.com

January 20, 2016



**Via email and first class mail**
NCPO@cand.uscourts.gov

**Hon. Nathanael M. Cousins**
United States District Court
San Jose Courthouse, Courtroom 7 – 4th Floor
280 South 1st Street
San Jose, CA 95113

      Re: Tyler Harney v. Palo Alto Police Department
      Case No.: 5:14-CV-3415 LHK

Dear Judge Cousins:

    I write in furtherance of my correspondence requesting your permission to permit Xerox Recovery Services, Inc. to be represented by the undersigned at the January 26, 2016 settlement conference in this matter.

    I am advised that the lienholder's representative is Ms. Ann Cavuoti – Director of Benefits Planning & Analysis at Novartis. Ms. Cavuoti reportedly works in East Hanover, New Jersey. I was not able to reach Ms. Cavuoti today, but am further advised that the lienholder has and will take a pragmatic approach to settlement.

    By copy of this letter we request all counsel to consent to the lienholder's representation at the conference by the undersigned.

    Thank you for your courtesy and cooperation.

                        Very truly yours,

                        ALPER & McCULLOCH

                        Dean A. Alper, Esq.

cc: Felicia Gross, Esq.     fgross@alumni.duke.edu
    Jon Heaberlin, Esq.     jheaberlin@rllss.com
    David Helbraun, Esq.     dmh@helbraunlaw.com
    Molly Stump, Esq.     mollystump@cityofpaloalto.org