DAVID M. HELBRAUN (SBN 129840)
**HELBRAUN LAW FIRM**
353 Sacramento Street, Suite 1140
San Francisco, CA 94111
Telephone: 415.982.4000
Facsimile: 415.434.0513
dmh@helbraunlaw.com
Attorneys for Plaintiff
TYLER HARNEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| TYLER HARNEY, | Case No. 5:14-CV-3415 LHK |
| Plaintiff, | |
| v. | ~~PROPOSED~~ ORDER REGARDING EXPERT DISCLOSURES |
| CITY OF PALO ALTO POLICE DEPARTMENT, PALO ALTO POLICE CHIEF DENNIS BURNS, SANTA CLARA COUNTY, SANTA CLARA COUNTY SHERIFF'S DEPARTMENT, SANTA CLARA COUNTY SHERIFF LAURIE SMITH, and DOES 1-70, Jointly and Severally, | The Honorable Judge Lucy H. Koh |
| Defendants. | |

In view of the stipulation of the parties and the pending settlement, the Court hereby extends the expert disclosure dates as follows:

| | Current Deadline | Proposed Deadline |
|---|---|---|
| Initial expert reports | February 12, 2016 | February 26, 2016 |
| Rebuttal expert reports | February 26, 2016 | March 11, 2016 |
| Close of expert discovery | March 11, 2016 | March 18, 2016 |

Dated. February 5, 2016

_Lucy H. Koh_
U.S. DISTRICT COURT JUDGE
Lucy H. Koh

ORDER RE: EXTENSION ON EXPERT DISCLOSURES – U.S.D.C. ACTION NO. 14-CV-3415 LHK