UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TYLER HARNEY,<br><br>              Plaintiff,<br><br>         v.<br><br>PALO ALTO POLICE DEPARTMENT, et al.,<br><br>              Defendants. | Case No. 14-CV-03415-LHK<br><br>**ORDER RE: STIPULATION OF DISMISSAL** |

On February 5, 2016, the parties represented to the Court that the parties anticipated filing a stipulation of dismissal by February 29, 2016. ECF No. 90. The parties have not yet filed a stipulation of dismissal. By March 2, 2016, the parties shall file either a stipulation of dismissal with prejudice or a joint settlement status update.

**IT IS SO ORDERED.**

Dated: March 1, 2016

_____
LUCY H. KOH
United States District Judge

Case No. 14-CV-03415-LHK
ORDER RE: STIPULATION OF DISMISSAL

1