UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| TYLER HARNEY, | Case No.14-cv-03415-LHK |
|---|---|
| Plaintiff, | **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | Re: Dkt. No. 95 |
| PALO ALTO POLICE DEPARTMENT, et al., | |
| Defendants. | |

The stipulation of dismissal with prejudice filed on March 1, 2016 is GRANTED.

**IT IS SO ORDERED.**

Dated: March 1, 2016

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case No.14-cv-03415-LHK
ORDER