United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TYLER HARNEY,<br><br>       Plaintiff,<br><br>   v.<br><br>PALO ALTO POLICE DEPARTMENT, et al.,<br><br>       Defendants. | Case No. 14-CV-03415-LHK<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Re: Dkt. No. 97 |

The parties' stipulation of dismissal of all remaining defendants with prejudice is GRANTED. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: March 2, 2016

_____
LUCY H. KOH
United States District Judge

1
Case No. 14-CV-03415-LHK
ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE